IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action: 15-cv-01965-MSK-KLM | FTR - Reporter Deck - Courtroom A401 |
| Date: March 11, 2016 | Courtroom Deputy:  Laura Galera |

*Parties:*                                            *Counsel:*

CHRISTOPHER CHAVEZ,                  Pro Se

     Plaintiff,

v.

GRVP, LLC, ET AL.,                            Thomas Shipps
                                                              Lorelyn Hall

     Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**MOTION HEARING**
**Court in session:   10:34 a.m.**

Court calls case. Appearance of counsel.

Argument by Mr. Chavez and Ms. Hall as to the Non-Party Movant Southern Ute Indian Tribe's Motion to Quash Subpoenas to Testify at a Deposition in a Civil Action [#28].

**ORDERED:**  Non-Party Movant Southern Ute Indian Tribe's Motion to Quash Subpoenas to Testify at a Deposition in a Civil Action [#28] is **DENIED without prejudice.**  The deposition of Mr. Torres is stayed until further action of the Court. Counsel for the Movant shall take the lead in filing a joint status report regarding Movant's and Plaintiff's efforts to confer about the deposition subpoena to Mr. Torres pursuant to D.C.COLO.LCivR 7.1(a).  The status report should also indicate whether or not, after conferral, Movant wishes to renew its Motion to Quash. The status report shall be filed **no later than March 25, 2016.**

**ORDERED:**  The deposition subpoena to Mr. Mimmack is deemed **withdrawn.**

HEARING CONCLUDED.
**Court in recess:     11:10 a.m.**
Time in court:         00:36

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at  (303)988-8470.