IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01965-MSK-KLM

CHRISTOPHER CHAVEZ,

    Plaintiff,

v.

GRVP, LLC,
THOMAS H. SHIPPS, Agent, and
PATRICK MORRISSEY, V.P.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Compel** [#33] ("Motion"). Plaintiff filed the Motion on March 11, 2016, requesting that the Court strike non-party Southern Ute Indian Tribe's Motion to Quash [#28]. A discovery hearing had previously been scheduled for that same day – March 11, 2016 – regarding the Motion to Quash. At the hearing, the Court denied without prejudice the Motion to Quash and ordered the parties to confer and submit a status report no later than March 25, 2016. *See Minute Entry* [#32]. On March 14, 2016, the Motion was referred to the undersigned. *See Memorandum* [#34]. Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff's Motion [#33] is **DENIED** without prejudice. Plaintiff, who proceeds pro se, may renew his motion after filing of the status report, if the parties are not able to resolve their dispute.

    Dated: March 17, 2016